UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY JERDINE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-01840 (PLF) |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DISMISSAL ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that defendants' motions to dismiss [Dkt. # 16, 21] are GRANTED;

it is

FURTHER ORDERED that plaintiff's motions for summary judgment [Dkt. #23]

and to issue a certificate of pendency [Dkt. # 33] are DENIED; it is

FURTHER ORDERED that defendant FDIC's motion to strike [Dkt. #29] is

GRANTED, and that plaintiff's Notice [Dkt. #28] is STRICKEN; and it is

FURTHER ORDERED that this civil action is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  August 13, 2010